UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0416 |
| ROXANN JOHNSON | * | SECTION: "R" (3) |

\* \* \*

## JUDGMENT

Defendant, Roxann Johnson, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Roxann Johnson according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Roxann Johnson in the sum of $4,660.41, plus interest accruing on the principal amount at the interest rate established by the U.S. Department of Education, from October 20, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 11th day of April, 2000.

DATE OF ENTRY
APR 1 1 2000

LORETTA G. WHYTE, CLERK
CLERK, UNITED STATES DISTRICT COURT