


**MINUTE ENTRY**
**MOORE, M.J.**
**September 20, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0416** |
| **ROXANN JOHNSON** | * | **SECTION: "R"** |

## HEARING ON MOTIONS

**APPEARANCE(S):**   VIA TELEPHONE: Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Roxann Johnson, has sent in the requested financial information. Subsequently, Ms. Jackson indicated that the judgment debtor examination scheduled for Wednesday, September 26, 2001, at 11:00 a.m. is deemed **SATISFIED.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
SEP 21 2001